July 27, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

MILLARD JOSEPH KIRBY, INDIVIDUALLY AND D/B/A MILLARD'S
TOBACCOS, Appellant

NO. 14-17-00484-CV                    V.

ALIEF INDEPENDENT SCHOOL DISTRICT, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on March 22, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Millard Joseph Kirby, Individually and d/b/a Millard's Tobaccos.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.